## STATE v. CHESTER CROWDER

(Filed 20 November, 1957)

APPEAL by defendant from *Olive, J.,* September Term 1957 of RANDOLPH.

The defendant was tried on 18 July 1957 in the Recorder's Court of Randolph County, North Carolina, upon two warrants. One warrant charged that the defendant on 6 April 1957 did unlawfully and wilfully possess three gallons of nontax-paid whiskey and that he did possess the same for the purpose of sale. The other warrant charged that the defendant on 18 April 1957 did unlawfully and wilfully possess one-half gallon of nontax-paid whiskey and that he did sell to one C. W. Williams one-half gallon of nontax-paid whiskey for five dollars.

The defendant was convicted in the Recorder's Court on all counts set out in the warrants. From the judgment entered on the verdict he appealed to the Superior Court. In the Superior Court the cases were consolidated for trial. The jury returned a verdict of guilty as charged. From the judgment imposed, the defendant appeals, assigning error.

*Attorney General Patton, Assistant Attorney General Love, for the State.*
*Deane F. Bell, for defendant.*

PER CURIAM. The State's evidence was sufficient to require its submission to the jury. Moreover, we have carefully examined each exception and assignment of error set out in the record and, in our opinion, no prejudicial error that would justify a new trial is made to appear.

The verdict and judgment of the court below will be upheld.

No error.